54 P.3d 947

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 19, 2002**

| 24117 | State v. Jansson | Vacated and Remanded |

**September 24, 2002**

| 24133 | Endo v. Sandobal | Affirmed |